AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| LATINOTRADING, LLC,<br>a Florida corporation,<br><br>*Plaintiff(s)*<br>v.<br>GORDON LAU, an individual and LAU N. SON PRODUCE TRADING CO., INC., a New York corporation,<br><br>*Defendant(s)* | Civil Action No.<br><br>16CV23323-Ungaro |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

Gordon Lau
1450 Jockey Creek Dr.
Southhold, NY  11971-1785


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jorge Espinosa, Esq.
Espinosa Trueba Martinez, PL
1428 Brickell Ave., Suite 100
Miami, Florida 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date:  Aug 4, 2016

Steven M. Larimore
Clerk of Court

s/ S. Reid
Deputy Clerk
U.S. District Courts